# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of February, two thousand twenty-three.

_____

Universitas Education, LLC,

       Petitioner - Appellee,

v.

Grist Mill Capital, LLC,

       Respondent - Appellant,

Nova Group, Inc, as Trustee, Sponsor and Named Fiduciary of The Charter Oak Trust Welfare Benefit Plan, Grist Mill Trust Welfare Benefit Plan, Avon Capital LLC, Charter Oak Trust Welfare Benefit Plan, Phoenix Capital Management, LLC, Hanover Trust Company, Carpenter Financial Group, Inc.,

       Respondents,

Daniel E. Carpenter,

       Movant – Appellant.

**ORDER**

Docket No. 21-2690

_____

Appellants move for leave to file a supplemental appendix.

IT IS HEREBY ORDERED that the motion is DENIED.

> For the Court:
> Catherine O'Hagan Wolfe,
> Clerk of Court