# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of April, two thousand twenty-three.

_____

Universitas Education, LLC,

    Petitioner - Appellee,

v.

Grist Mill Capital, LLC,

    Respondent - Appellant,

Nova Group, Inc, as Trustee, Sponsor and Named Fiduciary of The Charter Oak Trust Welfare Benefit Plan, Grist Mill Trust Welfare Benefit Plan, Avon Capital LLC, Charter Oak Trust Welfare Benefit Plan, Phoenix Capital Management, LLC, Hanover Trust Company, Carpenter Financial Group, Inc.,

    Respondents,

Daniel E. Carpenter,

    Movant - Appellant.

**ORDER**
Docket Nos: 21-2690 (Lead)
21-2691 (Con)

_____

Appellant, Grist Mill Capital, LLC, filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*. The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

