**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of April, two thousand twenty-three,

_____

| | |
|---|---|
| Universitas Education, LLC, | **STATEMENT OF COSTS** |
| Petitioner - Appellee, | Docket Nos. 21-2690(L), 21-2691(Con) |
| v. | |
| Grist Mill Capital, LLC, | |
| Respondent - Appellant, | |
| Daniel E. Carpenter, | |
| Movant - Appellant. | |

_____

IT IS HEREBY ORDERED that costs are taxed in the amount of $736.00 in favor of Appellee Universitas Education, LLC.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

