**JONATHAN J. EINHORN**
Attorney and Counselor At Law
129 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06510
(203) 777-3777
Facsimile (203) 782-1721
einhornlawoffice@gmail.com

July 26, 2023

Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals
 For the Second Circuit
40 Foley Square
New York, New York 10007

**Re:    Nova Group, Inc. vs. Universitas Education, LLC**
        **USCA No. 21-2691**

Dear Ms. Wolfe:

This is to give Notice that the Response to the Court's Order at docket entry #121 was

filed by Appellant Daniel E. Carpenter and Grist Mill Capital, LLC on 7/21/2023 in the related

and lead case, 21-2690 as docket entry #143, but was not also docketed in this file.  By docket

entry #14 on November 10, 2021, the Court consolidated these appeals (21-2690 and 21-2691).

Sincerely yours,

JONATHAN J. EINHORN ATTORNEY FOR
GRIST MILL CAPITAL, LLC AND
DANIEL E. CARPENTER

JJE:gab